UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JASON FISCHER,                                      Case No. 17-CV-4219 (PJS/DTS)

       Plaintiff,

v.                                                 ORDER OF DISMISSAL

CAPITAL ONE BANK (USA), N.A.,

       Defendant.

---

     Based upon the Stipulation for Dismissal filed by the parties on March 27, 2018

[ECF No. 18],

     IT IS ORDERED that this action is dismissed with prejudice and on the merits,

without costs or disbursements to any party.


Dated: March 28, 2018                     s/Patrick J. Schiltz_____
                                         Patrick J. Schiltz
                                         United States District Judge